**Yoshiko NISHIKAGE, Petitioner,**

v.

**IMMIGRATION AND NATURALIZA-
TION SERVICE, Respondent.**

**No. 26841.**

United States Court of Appeals,
Ninth Circuit.

June 2, 1971.

———◆———

Milton T. Simmons, Donald L. Ungar, of Phelan, Simmons & Ungar, San Francisco, Cal., for appellant.

James L. Browning, Jr., U. S. Atty., David R. Urdan, Chief Asst. U. S. Atty., Stephen M. Suffin, Atty., I & N S, San Francisco, Cal., John N. Mitchell, Atty. Gen., of U. S., Washington, D. C., for appellee.

Before DUNIWAY, CARTER and HUFSTEDLER, Circuit Judges.

PER CURIAM:

Appellant seeks reversal of the decision of the Board of Immigration Appeals denying her application for suspension of deportation under section 244(a) (1) of the Immigration and Nationality Act, 8 U.S.C. § 1254(a) (1).

Appellant's only argument is that her deportation would result in "extreme hardship" within the meaning of section 244(a) (1). The facts she recites in support of this assertion, however, detail only a claim that she will suffer economically by deportation. A claim of economic disadvantage has been consistently rejected by this court as sufficient to compel a finding of extreme hardship. Fong Choi Yu v. Immigration and Naturalization Service (9th Cir. 1971) 439 F.2d 719; Llacer v. Immigration and Naturalization Service (9th Cir. 1968) 388 F.2d 681.

The decision of the Board of Immigration Appeals is affirmed.